**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniel J. Lytwyn<br>&<br>Angela M. Lytwyn<br><div align="center">Debtors</div> | CHAPTER 13<br><br>BKY. NO. 17-10728 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as Servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/ Matteo S. Weiner, Esquire**
                          Matteo S. Weiner, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322 FAX (215) 627-7734