UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| DANIEL J. LYTWYN and | : | |
| ANGELA M. LYTWIN, | : | Bankruptcy No.  17-10728-ref |
| Debtors. | : | |

_____

**AMENDED CHAPTER 13 PLAN**
_____

1. The Debtors shall pay the sum of $23,350 to the Chapter 13 Trustee, for a total plan term of 60 months, as follows:

    a. To date, Debtors have paid $2,670 to the Trustee.

    b. Starting on July 25, 2017, the future earnings of the Debtor are submitted to the supervision and control of the Chapter 13 Trustee, and Debtors shall pay to the Trustee the sum of $376.00 monthly for a period of fifty-five (55) months.

2. From the payments so received, the Trustee shall make the disbursements as follows:

    a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:

        i. Trustee's Commissions.

        ii. Approved attorney's fees for services rendered by Law Office of Stephen M. Otto, LLC in this bankruptcy proceeding.

    b. Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

        i. M&T Bank (first mortgage): Pre-petition arrears in the amount of $435.57 shall be paid in full through the Plan.  Payments arising post-petition will be paid outside the plan directly to the creditor.

    c. General Unsecured Claims:

        i. Subsequent to dividends to the claims set forth above, dividends to general unsecured creditors whose claims are timely filed and duly allowed shall receive a 100% distribution.

3.  The following executory contracts of the Debtor are rejected: None.

4.  Title to the Debtor's property shall revest in the Debtor upon confirmation of the Chapter 13 Plan pursuant to 11 U.S.C. Section 350.

DATE: July 25, 2017

                                       Respectfully submitted,
                                       LAW OFFICE OF STEPHEN M. OTTO, LLC

By:    /s/Stephen M. Otto
        Stephen M. Otto, Esq.
        833 N. Park Road Ste 102
        Wyomissing, PA 19610
        484-220-0481
        PA. I.D. No. 82463
        steve@sottolaw.com