IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-10728-REF |
| DANIEL J. LYTWYN and | : | |
| ANGELA M. LYTWYN | : | Chapter 13 |
| Debtors. | : | |

**DEBTORS' RESPONSE TO MOTION OF LAKEVIEW LOAN SERVICING, LLC
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW come the Debtors by and through their attorney, Stephen M. Otto, Esquire, and file the within Response, of which the following is a statement:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Denied. Debtors may have been behind with their payments as of the Petition Date, but the arrearage was immaterial, and Movant had not accelerated the balance owed by the Movant. In way of further answer, Movant's Proof of Claim filed at the outset of these proceedings averred a pre-petition arrearage of $435.57.
6. Denied. Debtors remitted one or more partial payments during the months identified by Movant.
7. Denied.
8. Denied.
9. [Sic]
10. Denied.
11. No response necessary.

WHEREFORE, Debtors respectfully request this Honorable Court deny Movant's request.

Respectfully submitted,
LAW OFFICE OF STEPHEN M. OTTO, LLC

By:    /s/Stephen M. Otto
Stephen M. Otto, Esq.
833 N. Park Road Ste 102
Wyomissing, PA 19610
484-220-0481
PA. I.D. No. 82463
steve@sottolaw.com