**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION**

| IN RE: DANIEL J. LYTWYN and ANGELA M. LYTWYN, Debtors. | CHAPTER 13 BANKRUPTCY NO. 17-10728-REF |
|---|---|
| **NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTION 331 OF THE BANKRUPTCY CODE** ||

To the debtors and all parties in interest, NOTICE is hereby given:

1. That Stephen M. Otto, Esquire, counsel for the debtors in the above-captioned matter, has filed an Application with this Court for Allowance of Compensation for the time period of January 17, 2017 through January 30, 2018 in connection with legal services rendered to the debtor in these bankruptcy proceedings.

2. That the Application requests the Court to enter an Order approving counsel fees in the total amount of $3,100.00 and costs in the amount of $354.78.

3. That any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk of the United States Bankruptcy Court, The Madison Building, 400 Washington Street, 3rd Floor, Reading, Pennsylvania 19601 and a copy thereof served on the counsel whose name and address appear below, within twenty-one (21) days from the date of this notice.

4. That in the absence of an answer, objection or request for hearing, counsel will certify same to the Court after twenty-one (21) days from the date of this Notice and the Court may enter the proposed Order approving said Counsel Fees.

Dated:  February 28, 2018          By:     /s/Stephen M. Otto
                                          Stephen M. Otto, Esquire
                                          Attorney ID #82463
                                          833 N. Park Road, Suite 102
                                          Wyomissing, PA  19610
                                          Ph: 484-220-0481/Fx: 484-866-8973
                                          Email: steve@sottolaw.com
                                          Attorney for Debtor