IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DANIEL J. LYTWYN and          :
ANGELA M. LYTWYN,                     :     Bankruptcy No. 17-10728-REF
          Debtors.              :     Chapter 13
                                              :

**ORDER**

AND NOW, upon consideration of the Motion to Modify Plan Post-Confirmation and after hearing thereon, if necessary, it is

ORDERED that the Debtor's proposed Amended Plan in accordance with Exhibit "A" attached to said Motion is CONFIRMED.

BY THE COURT:

**Date: March 19, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE