United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel J. Lytwyn  
Angela M. Lytwyn  
     Debtors

Case No. 17-10728-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa        Page 1 of 1        Date Rcvd: Mar 19, 2018  
                           Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db/jdb        +Daniel J. Lytwyn,    Angela M. Lytwyn,    1275 Vera Drive,    Easton, PA 18040-5828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2018 01:55:00     Orion (VERIZON),  
           c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                         TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:  
            FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
             ecf_frpa@trustee13.com  
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
            LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
             ecf_frpa@trustee13.com  
            MATTEO SAMUEL WEINER   on behalf of Creditor   Lakeview Loan Servicing, LLC  
             bkgroup@kmllawgroup.com  
            MATTEO SAMUEL WEINER   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com  
            REBECCA ANN SOLARZ   on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com  
            STEPHEN MCCOY OTTO   on behalf of Debtor Daniel J. Lytwyn steve@sottolaw.com,   info@sottolaw.com,  
             no_reply@ecf.inforuptcy.com  
            STEPHEN MCCOY OTTO   on behalf of Joint Debtor Angela M. Lytwyn steve@sottolaw.com,  
             info@sottolaw.com,no_reply@ecf.inforuptcy.com  
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                          TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  DANIEL J. LYTWYN and           :
ANGELA M. LYTWYN,                      :      Bankruptcy No. 17-10728-REF
           Debtors.                    :      Chapter 13
                                       :

**ORDER**

AND NOW, upon consideration of the Motion to Modify Plan Post-Confirmation and after hearing thereon, if necessary, it is

ORDERED that the Debtor's proposed Amended Plan in accordance with Exhibit "A" attached to said Motion is CONFIRMED.

BY THE COURT:

**Date: March 19, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE