# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

| IN RE: DANIEL J. LYTWYN and<br>ANGELA M. LYTWYN,<br>            Debtors. | CHAPTER 13<br>BANKRUPTCY NO. 17-10728-REF |
|---|---|
| **ORDER** ||

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses of Law Office of Stephen M. Otto, LLC filed herein, any responses thereto, and the opportunity for a hearing thereon, it is hereby ORDERED that said Application is hereby GRANTED.

IT IS HEREBY ORDERED that counsel fees in the amount of $3,100, $1,000.00 of which has already been paid, and expenses in the amount of $354.78, $310 of which has been paid, for the time period of January 17, 2017 through January 30, 2018 are APPROVED.

BY THE COURT:

**Date: March 26, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE