# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel J. Lytwyn<br>Angela M. Lytwyn<br>　　　　　　　　　Debtors | Chapter 13 |
| Lakeview Loan Servicing, LLC<br>　　　　v.<br>Daniel J. Lytwyn<br>Angela M. Lytwyn<br>　　　　and<br>Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | NO. 17-10728 REF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 29, 2017   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow Lakeview Loan Servicing, LLC  to exercise its rights regarding the premises 1275 Vera Drive Easton, PA 18040.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 24, 2018**

　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list