United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-10728-ref
Daniel J. Lytwyn                                                                Chapter 13
Angela M. Lytwyn
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Jul 24, 2018
                             Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
db/jdb          +Daniel J. Lytwyn,    Angela M. Lytwyn,    1275 Vera Drive,    Easton, PA 18040-5828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2018 02:39:20     Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                        TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
            FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
             ecf_frpa@trustee13.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
             bkgroup@kmllawgroup.com
            MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
            REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
            STEPHEN MCCOY OTTO    on behalf of Debtor Daniel J. Lytwyn steve@sottolaw.com,  info@sottolaw.com,
             no_reply@ecf.inforuptcy.com
            STEPHEN MCCOY OTTO    on behalf of Joint Debtor Angela M. Lytwyn steve@sottolaw.com,
             info@sottolaw.com,no_reply@ecf.inforuptcy.com
            United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Daniel J. Lytwyn
      Angela M. Lytwyn

                 Debtors

Lakeview Loan Servicing, LLC
            v.

Daniel J. Lytwyn
Angela M. Lytwyn
         and
Frederick L. Reigle Esq.

              Trustee

Chapter 13

NO. 17-10728 REF

### <u>ORDER</u>

     AND NOW, upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on December 29, 2017   it is ORDERED AND DECREED that:

     The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362, is modified to allow Lakeview Loan Servicing, LLC  to exercise its rights regarding the premises 1275 Vera Drive Easton, PA 18040.

     The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: July 24, 2018**

_____
United States Bankruptcy Judge.

cc: See attached service list