United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 17-10728-elf
Daniel J. Lytwyn                                             Chapter 13
Angela M. Lytwyn
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Virginia          Page 1 of 1          Date Rcvd: Jul 11, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
db            +Daniel J. Lytwyn,     1275 Vera Drive,     Easton, PA 18040-5828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Lakeview Loan Servicing, LLC
          bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
         STEPHEN MCCOY OTTO    on behalf of Debtor Daniel J. Lytwyn steve@sottolaw.com,  info@sottolaw.com,
          no_reply@ecf.inforuptcy.com
         STEPHEN MCCOY OTTO    on behalf of Joint Debtor Angela M. Lytwyn steve@sottolaw.com,
          info@sottolaw.com,no_reply@ecf.inforuptcy.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                       TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        DANIEL J. LYTWYN,              :        Chapter 13
                                                              :
                    Debtor                          :        Bky. No.  17-10728 ELF

# O R D E R

     **AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the

Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

     It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (Doc. # 43) is **APPROVED**.


Date: <u>July 11, 2019</u>            _____
                                              **ERIC L. FRANK**
                                              **U.S. BANKRUPTCY JUDGE**