Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 17-10728-PMM**

DANIEL J. LYTWYN  
ANGELA M. LYTWYN  
1275 VERA DRIVE  
EASTON  PA    18040-2506

Petition Filed Date: 01/31/2017  
341 Hearing Date: 03/28/2017  
Confirmation Date: 08/31/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $602.00 | | 01/31/2019 | $602.00 | | 03/04/2019 | $602.00 | |
| 04/01/2019 | $382.00 | | 05/01/2019 | $382.00 | | 06/03/2019 | $382.00 | |
| 07/08/2019 | $382.00 | | 08/01/2019 | $410.00 | | 09/10/2019 | $396.00 | Monthly Plan P |
| 10/04/2019 | $396.00 | | 11/07/2019 | $396.00 | | 12/09/2019 | $396.00 | |
| 01/08/2020 | $396.00 | | 02/10/2020 | $396.00 | | 03/09/2020 | $396.00 | |
| 04/08/2020 | $396.00 | | 05/08/2020 | $396.00 | | 06/11/2020 | $396.00 | |
| 07/08/2020 | $396.00 | | 08/07/2020 | $396.00 | | | | |

**Total Receipts for the Period: $8,496.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,202.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 003 | Unsecured Creditors | $100.92 | $52.29 | $48.63 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $1,072.16 | $678.09 | $394.07 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $8,746.13 | $5,531.41 | $3,214.72 |
| 2 | M&T BANK<br>»» 002 | Mortgage Arrears | $435.57 | $435.57 | $0.00 |
| 2 | M&T BANK<br>»» 02P | Mortgage Arrears | $4,274.04 | $4,274.04 | $0.00 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,207.54 | $763.70 | $443.84 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $659.65 | $417.17 | $242.48 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $6,002.29 | $3,796.08 | $2,206.21 |
| 8 | STEPHEN MC COY OTTO ESQ<br>»» 008 | Attorney Fees | $2,144.78 | $2,144.78 | $0.00 |

Chapter 13 Case No. 17-10728-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,202.00 | Current Monthly Payment: | $396.00 |
| Paid to Claims: | $18,093.13 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,742.04 | Total Plan Base: | $27,330.00 |
| Funds on Hand: | $366.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.