| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-10728-PMM**

DANIEL J. LYTWYN
ANGELA M. LYTWYN
1275 VERA DRIVE
EASTON  PA    18040-2506

Petition Filed Date: 01/31/2017
341 Hearing Date: 03/28/2017
Confirmation Date: 08/31/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2020 | $396.00 | | 02/10/2020 | $396.00 | | 03/09/2020 | $396.00 | |
| 04/08/2020 | $396.00 | | 05/08/2020 | $396.00 | | 06/11/2020 | $396.00 | |
| 07/08/2020 | $396.00 | | 08/07/2020 | $396.00 | | 09/09/2020 | $396.00 | |
| 10/08/2020 | $396.00 | | 11/12/2020 | $396.00 | | 12/08/2020 | $396.00 | |
| 01/15/2021 | $396.00 | | 02/09/2021 | $396.00 | | 03/17/2021 | $396.00 | |
| 04/08/2021 | $396.00 | | 05/10/2021 | $396.00 | | 06/08/2021 | $396.00 | |

**Total Receipts for the Period: $7,128.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,162.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 003 | Unsecured Creditors | $100.92 | $69.03 | $31.89 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $1,072.16 | $897.86 | $174.30 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $8,746.13 | $7,324.30 | $1,421.83 |
| 2 | M&T BANK<br>»» 002 | Mortgage Arrears | $435.57 | $435.57 | $0.00 |
| 2 | M&T BANK<br>»» 02P | Mortgage Arrears | $4,274.04 | $4,274.04 | $0.00 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,207.54 | $1,011.24 | $196.30 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $659.65 | $552.41 | $107.24 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $6,002.29 | $5,026.51 | $975.78 |
| 8 | STEPHEN MC COY OTTO ESQ<br>»» 008 | Attorney Fees | $2,144.78 | $2,144.78 | $0.00 |

**Chapter 13 Case No. 17-10728-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,162.00 | Current Monthly Payment: | $396.00 |
| Paid to Claims: | $21,735.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,054.88 | Total Plan Base: | $27,330.00 |
| Funds on Hand: | $371.38 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.