IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-10728-pmm |
| DANIEL LYTWYN and | : | |
| ANGELA M. LYTWYN, | : | |
|     Debtors. | : | |

**CHAPTER 13 DEBTOR'S CERIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

X    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

X    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) or that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

DATE: March 15, 2022                                  Respectfully submitted,

                                                       LAW OFFICE OF STEPHEN M. OTTO, LLC

By:      /s/Stephen M. Otto
            Stephen M. Otto, Esq.
            833 N. Park Road Ste 206
            Wyomissing, PA 19610
            484-220-0481
            PA. I.D. No. 82463
            steve@sottolaw.com

Case 17-10728-pmm    Doc 58    Filed 03/15/22    Entered 03/15/22 04:00:15    Desc Main
Document      Page 2 of 2