United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10728-pmm |
| Daniel J. Lytwyn | Chapter 13 |
| Angela M. Lytwyn | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 15, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel J. Lytwyn, Angela M. Lytwyn, 1275 Vera Drive, Easton, PA 18040-5828 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13860172 | | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 13881700 | + | M&T Bank, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13860181 | | Nissan - Infinity LT, Bankruptcy Department, P.O. Box 660366, Dallas, TX 75266-0366 |
| 13860183 | | TRIDENT ASSET MANAGEMENT, 53 PERIMETER CENTE EASTSUITE 440, ATLANTA, GA 30346 |
| 13860185 | + | WELLS FARGO CARD SERVICE, CREDIT BUREAU RESOLUTION, P O BOX 14517, DES MOINES, IA 50306-3517 |
| 13933878 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 15 2022 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 15 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13860175 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2022 23:54:00 | COMENITYCAPITAL, PO Box 182120, Columbus , OH-432182120 |
| 13935601 | | Email/PDF: bncnotices@becket-lee.com | Mar 16 2022 00:02:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13860174 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2022 00:02:42 | Citibank, 701 E. 60th St. N., Sioux Falls, SD 57104-0432 |
| 13860176 | | Email/Text: mrdiscen@discover.com | Mar 15 2022 23:54:00 | DISCOVER BANK, PO Box 15316, Wilmington , DE 19850-5316 |
| 13864285 | | Email/Text: mrdiscen@discover.com | Mar 15 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13860177 | | Email/Text: hannlegal@hannfinancial.com | Mar 15 2022 23:54:00 | HANN FINANCIAL SVC CORP, 1 CENTRE DR, JAMESBURG, NJ 08831-1564 |
| 13860173 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2022 00:02:38 | Chase, P.O. Box 15298, Wilmington, DE 19886-5153 |
| 13860178 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2022 23:54:00 | KOHLS DEPARTMENT STORE, PO BOX 3115, |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | MILWAUKEE, WI 53201-3115 |
| 13860179 | Email/Text: camanagement@mtb.com | Mar 15 2022 23:54:00 | M&T Bank, Attn: Bankruptcy Department, 1100 Whehrle Drive, Williamsville, NY 14221 |
| 13889547 | Email/Text: camanagement@mtb.com | Mar 15 2022 23:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13860180 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 15 2022 23:54:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DRIVESUITE 300, SAN DIEGO, CA 92108-2709 |
| 13912684 | + Email/PDF: rmscedi@recoverycorp.com | Mar 16 2022 00:02:44 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13930889 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 16 2022 00:02:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13932199 | Email/Text: bnc-quantum@quantum3group.com | Mar 15 2022 23:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13860182 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2022 00:02:45 | The Home Depot/CBNA, PO Box 6497, Sioux Falls South Dakota 57117-6497 |
| 13909456 | + Email/PDF: ebn_ais@aisinfo.com | Mar 16 2022 00:02:44 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13860184 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 15 2022 23:54:00 | Verizon, 236 East Town Street, Columbus, Ohio 43215-4631 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 15, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MCCOY OTTO
    on behalf of Joint Debtor Angela M. Lytwyn steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

STEPHEN MCCOY OTTO
    on behalf of Debtor Daniel J. Lytwyn steve@sottolaw.com
    info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Daniel J. Lytwyn and Angela M. Lytwyn

        Debtor(s)

Case No: 17−10728−pmm

Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/15/22